```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 03148
    EDWARD C POE
    DANA L POE                                  CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-7347      SSN XXX-XX-7395

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/28/04 and confirmed on 04/06/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  30870.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| KANE COUNTY TEACHERS C U | SECURED | .00 | .00 | .00 |
| KANE COUNTY TEACHERS C U | MORTGAGE ARRE | 154.42 | .00 | 154.42 |
| US BANK | SECURED | 14375.00 | 2366.06 | 14375.00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 6667.90 | .00 | 6667.90 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9688.79 | .00 | 1891.12 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5827.76 | .00 | 1137.50 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 6336.21 | .00 | 1236.74 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 21197.32 | .00 | 21852.76 | .00 | 43050.08 |
| PRINCIPAL PAID | 21197.32 | .00 | 4265.36 | .00 | 25462.68 |
| INTEREST PAID | 2366.06 | .00 | .00 | .00 | 2366.06 |
| TOTAL PAID | 23563.38 | .00 | 4265.36 | .00 | 27828.74 |

```
The Debtor's attorney, BRADLEY COVEY                  , was allowed $  2200.00
and was paid $    406.00  direct and $   1794.00  through the plan.

The Trustee received $    1247.26 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/15/07                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```